PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ) | |
| )                                                               | |
| vs.                                         ) | **Docket Number: 2:05CR00534-01** |
| )                                                               | |
| **Djuan DEAN**                            ) | |
| )                                                               | |

On February 17, 2006, the above-named was placed on supervised release for a period of 36 months. On October 24, 2006, this office was notified by Mr. Steve Flynn, the releasee's attorney, that Djuan Dean was killed on October 22, 2006 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS  M. MIURA
United States Probation Officer**

Dated:        December 7, 2006
              Sacramento, California
              KMM:jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
              **KYRIACOS M. SIMONIDIS
              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG

**Re:    Djuan DEAN**
       **Docket Number:   2:05CR00534-01**
       **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

## ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

**Dated:  December 14, 2006**

_____
**GARLAND E. BURRELL, JR.**
**United States District Judge**


Attachment:   Notification
cc:    United States Attorney's Office
       FLU Unit - AUSA's Office
       Fiscal Clerk, Clerk's Office
       Restitution Accounts - Victims